32 So.2d 176

### CITY OF GADSDEN v. Ross GOODWIN.
### 7 Div. 894.

Court of Appeals of Alabama.
June 30, 1947.

W. G. Rains, of Gadsden, for appellant.
Roberts, Cunningham & Hawkins, of Gadsden, for appellee.

BRICKEN, Presiding Judge. .

Appeal dismissed on authority of City of Gadsden v. Haynie, ante, p. 159, 30 So.2d 908.